```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

**WILLIAM MORRISON,**

    Petitioner,                    Case No. 2:13-CV-00188
                                        Crim. No. 2:11-CR-0023
    v.                            JUDGE GREGORY L. FROST
                                        Magistrate Judge Norah McCann King

**UNITED STATES OF AMERICA,**

    Respondent.

## ORDER

On April 4, 2014, the United States Magistrate Judge recommended that counsel be appointed to represent Petitioner at an evidentiary hearing on his claims that he was denied the effective assistance of counsel because his attorney failed to file an appeal on his behalf and failed to consult with him regarding the filing of an appeal, and because he performed in a constitutionally ineffective manner during pre-trial proceedings. (ECF 68.) The Magistrate Judge further recommended that the remainder of Petitioner's claims be dismissed. *Id.*

Although the parties were advised of the right to object to the *Report and Recommendation* and of the consequences of their failure to do so, no objections have been filed.  The *Report and Recommendation* is therefore **ADOPTED** and **AFFIRMED**. (ECF No. 68.)

Counsel shall be appointed to represent Petitioner at an evidentiary hearing on his claims that he was denied the effective assistance of counsel because his attorney failed to file an appeal on his behalf and failed to consult with him regarding the filing of an

1

appeal, and because he performed in a constitutionally ineffective manner during pre-trial proceedings. The remainder of Petitioner's claims are **DISMISSED.**

**IT IS SO ORDERED.**

                                                            /s/ Gregory L. Frost
                                                           GREGORY L. FROST
                                                           UNITED STATES DISTRICT JUDGE